# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE CLICK, INC., <br><br> Plaintiff, <br><br> v. <br><br> STATE AND FEDERAL POSTER, INC, et al., <br><br> Defendants. <br><br> ——————————— <br><br> STATE AND FEDERAL POSTER, INC., JIA HAO GAN <br><br> Counter-Claimants, <br><br> v. <br><br> PULSE CLICK, INC., and SASHA SHKOLNIK, <br><br> Counter-Defendants. | Case No.: 2:23−cv−08086−PA−BFM <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the joint the parties' stipulation, all claims and counterclaims are dismissed with prejudice. All other existing dates and deadlines in this matter are hereby vacated. The Clerk of the Court is directed to enter this order and close this file.

**IT IS SO ORDERED**.

IT IS SO ORDERED

Dated _____May 14, 2024_____

_____[signature]_____
United States District Judge

-1-

Case No.: 2:23−cv−08086−PA−BFM
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE